# In the United States Court of Federal Claims

No. 24-1322

(Filed: August 29, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

METROIBR JV LLC, et al.,

      *Plaintiff*,

v.

THE UNITED STATES,

      *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

The court will hold a telephonic status conference in this matter on September 3, 2024, at 10:00 AM (Eastern).

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge