# In the United States Court of Federal Claims

No. 24-1322C
(Filed: September 30, 2024)

* * * * * * * * * * * * * * * * * * * * * *

METROIBR JV LLC, et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

The status conference originally scheduled for October 1, 2024, is hereby rescheduled to be held telephonically at 10:00 am on October 2, 2024.

                                      s/Eric G. Bruggink
                                      ERIC G. BRUGGINK
                                      Senior Judge