# In the United States Court of Federal Claims

No. 24-1322C
(Filed: October 4, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

METROIBR JV, LLC,

    *Plaintiff*,

and

METROSTAR SYSTEMS, LLC,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    This is a pre-award bid protest brought by MetroIBR JV, LLC ("MetroIBR") and MetroStar Systems, LLC ("MetroStar") against the U.S. Census Bureau ("Census Bureau") filed on August 27, 2024. Currently pending is plaintiffs' motion (ECF No. 8) for a preliminary injunction against the Census Bureau's proposed modification to a task order held by BLN, LLC ("BLN") to include Enterprise Data Dissemination Environment support services. A parallel preliminary injunction motion was filed by IgniteAction JV, LLC ("IgniteAction") on September 12, 2024, in docket No. 24-1386, seeking the same relief. Oral argument for both motions was held on September 26, 2024. An opinion granting IgniteAction's preliminary injunction request was filed on October 4, 2024. Accordingly, MetroIBR and MetroStar's preliminary injunction motion is denied as moot.

                                            s/Eric G. Bruggink
                                            ERIC G. BRUGGINK
                                            Senior Judge